# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GARLAND MOSELEY *et al*                                                                           PLAINTIFFS
ADC #82896

V.                                        NO: 5:15CV00143 JLH/JWC

DALLAS COUNTY
DETENTION FACILITY                                                                                 DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

On May 11, 2015, Plaintiffs filed a motion to voluntarily dismiss their complaint. For good cause shown, the motion (docket entry #3) should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiffs' motion to voluntarily dismiss their complaint (docket entry #3) be

GRANTED, and Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE.

    2.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of May, 2015.

                                           UNITED STATES MAGISTRATE JUDGE