## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GARLAND MOSELEY *et al*  PLAINTIFFS
ADC #82896

V.  NO: 5:15CV00143 JLH

DALLAS COUNTY
DETENTION FACILITY  DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiffs' motion to voluntarily dismiss their complaint (docket entry #3) is GRANTED, and Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE