IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARLAND MOSELEY *et al*                                    PLAINTIFFS
ADC #82896

V.                        NO: 5:15CV00143 JLH

DALLAS COUNTY
DETENTION FACILITY                                            DEFENDANT

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of June, 2015.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE